UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARDAMANDEEP KAUR BOYAL §<br>§<br>Petitioner, §<br>vs. §<br>§<br>JANET NAPOLITANO, Secretary for the §<br>Department of Homeland Security, §<br>JOHN F. GRISSOM, Acting Chief, AAO §<br>MICHAEL AYTES, Acting Deputy Director §<br>Of U.S. Citizenship and Immigration Services,§<br>ERIC H. HOLDER, JR., United States §<br>Attorney General, §<br>§<br>Respondents. §<br>_____§ | Case No.: 09-cv-3263 MCE KJM<br>Agency Case No.:<br>Beneficiary A#: A095-301-068 |

## ORDER

In accordance with the parties' stipulation, and good cause appearing therefor, the last day for filing a dispositive motion in this matter is hereby extended from July 8, 2010 to July 29, 2010. The hearing date on the Motion shall be October 21, 2010 and the dates for oppositions, Respondent's anticipated cross-motion, and replies shall be as set forth in the parties' stipulation.

IT IS SO ORDERED.

Dated: July 13, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE