UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PARDAMANDEEP KAUR BOYAL | § § | |
| Plaintiff, | § § | Case No.: 09-03263-MCE-KJM |
| v. | § § | |
| JANET NAPOLITANO, et. al., | § § | |
| Defendants. | § | |

ORDER GRANTING PLAINTIFF'S MOTION FOR CONTINUANCE OF HEARING

On considering Plaintiff's Motion for Continuance of Hearing, the Court finds that Plaintiff's Motion for Continuance of Hearing is granted. The new hearing date for Defendant's Motion for Summary Judgment and Motion to Dismiss is: **January 27, 2011 at 2 p.m.**

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED and the hearing date is continued to January 27, 2011 at 2 p.m.

IT IS SO ORDERED.

DATED: November 30, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE