UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARDAMANDEEP KAUR BOYAL § <br> § <br> Plaintiff, § <br> § Case No.: 09-03263-MCE-KJM <br> v. § <br> § ORDER GRANTING SECOND <br> JANET NAPOLITANO, et. al., § MOTION TO WITHDRAW AS COUNSEL OF <br> § RECORD <br> Defendants. § | |

Based upon counsel's second motion to withdraw filed with the Court, the Court GRANTS counsel Valerie Ly's motion to withdraw as counsel of record. For the record, Plaintiff is now acting pro se, and should be noticed at the below email and postal addresses:

Email: pardamankaur@yahoo.com

Postal Mail:
Pardamandeep Kaur Boyal
24 Pete Popovich Court
Sacramento, CA 95835-1719

and

Pardamandeep Kaur Boyal
4451 Gateway Park Blvd. #120
Sacramento, CA 95834

IT IS SO ORDERED.

DATED: January 29, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE